# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOUIS EDWARD BETHLEY, JR.

NO. 2022 KW 0296

**JUNE 6, 2022**

---

In Re: Louis Edward Bethley, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-14-0658.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on January 14, 2022. According to the clerk's records, the district court's ruling was filed on January 18, 2022. Relator may obtain from the district court a copy of the court's ruling on his motion. If relator wishes to obtain a copy of the district court's January 14, 2022, ruling, he should first file a motion for production of document in the district court requesting the ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sol_

DEPUTY CLERK OF COURT
FOR THE COURT